IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOBBY LEE COIL,

                Plaintiff,

v.

WSPF Warden T. HAINES, S. DIRECTOR, UNIT
MNGR, ALPHA, ALL WSPF MEDICAL STAFF,
DR. ROLLI, DOC SECRETARY, CRISIS WORKERS,
ALL WSPF & MADISON PSU (JOHN DOES),

                Defendants.

ORDER

11-cv-468-slc

---

Plaintiff Bobby Lee Coil, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the trust fund account statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

Plaintiff's complaint was submitted on June 27, 2011. His trust fund account statement should cover the six-month period beginning approximately December 27, 2010 and ending approximately June 27, 2011. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Bobby Lee Coil may have until July 27, 2011, in which to submit a certified copy of his trust fund account statement for the period beginning approximately December 27, 2010 and ending approximately June 27, 2011. If, by July 27, 2011, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 6th day of July, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge